65 So.2d 697

**James A. McCOLLUM v. BIRMINGHAM POST CO.**

**6 Div. 381.**

Supreme Court of Alabama.
March 13, 1953.

Rehearing Denied May 28, 1953.

Jas. A. McCollum, Tuscaloosa, pro se.

Leader, Tenenbaum, Perrine & Swedlaw, Birmingham, for appellee.

Wilkinson & Skinner, Birmingham, amicus curiae.

LAWSON, Justice.

This appeal presents the identical questions this day decided in McCollum v. Birmingham Post Company,[1] 65 So.2d 689. In view of the holding in that case, the judgment here appealed from is reversed and the cause is remanded.

Reversed and remanded.

LIVINGSTON, C. J., and BROWN, SIMPSON, STAKELY, GOODWYN, and MERRILL, JJ., concur.

65 So.2d 697

**James A. McCOLLUM v. BIRMINGHAM NEWS CO.**

**6 Div. 380.**

Supreme Court of Alabama.
March 13, 1953.

Rehearing Denied May 28, 1953.

Jas. A. McCollum, Tuscaloosa, pro se.

Deramus, Hawkins, Fitts & Mullins, Birmingham, for appellee.

Wilkinson & Skinner, Birmingham, amicus curiae.

STAKELY, Justice.

The appellant filed suit against the appellee in the lower court for libel. The appellee sought to perpetuate the testimony of the appellant under § 491 et seq., Title 7, Code of 1940. Appellant failed to appear to give testimony as ordered by the court and on motion of the appellee the cause was dismissed by the court.

The judgment of the lower court is reversed and the cause is remanded on the authority of McCollum v. Birmingham Post Co., ante, p. 88, 65 So.2d 689.

Reversed and remanded.

All the Justices concur.

1. Ante, p. 88.